# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSSATTY GILBERTO G.,<br><br>　　　　　　　　Petitioner,<br>　v.<br><br>JANET NAPOLITANO, et al.<br><br>　　　　　　　　Respondents. | Case No. 11cv374-BTM (WVG)<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AND REQUEST FOR APPOINTMENT OF COUNSEL; ORDER TO SHOW CAUSE** |

Petitioner has filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241, as well as a Motion to Proceed In Forma Pauperis and a Motion for Appointment of Counsel.

The Court has reviewed Petitioner's declaration in support of the Motion to Proceed In Forma Pauperis and concludes that Petitioner has made a sufficient showing of inability to pay the filing fees and court costs. Accordingly, **IT IS ORDERED THAT**:

(1) Petitioner's request to proceed in forma pauperis is **GRANTED**. Petitioner is permitted to prosecute this action without being required to prepay fees or costs and without being required to post security.

(2) The Clerk of Court shall file Petitioner's Petition without prepayment of the filing fee.

(3) The United States Marshal shall serve a summons and a copy of the Petition on Respondents as directed by Petitioner on U.S. Marshal form 285. All costs

of service shall be advanced by the United States.

Petitioner requests appointment of counsel pursuant to 18 U.S.C. § 3006A(a)(2)(B). In deciding whether to appoint counsel in a habeas proceeding, the district court must evaluate the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims pro se in light of the complexity of the legal issues involved. Weygandt v. Look, 718 F.2d 953, 954 (9th Cir. 1983).

Based upon the allegations of the Petition, Petitioner has presented a substantial claim under Zadvydas v. Davis, 533 U.S. 678 (2001). In addition, the Court finds that assistance of counsel is necessary to enable Petitioner to obtain the discovery needed to present his claims. Accordingly, in the interests of justice, the Court hereby **GRANTS** Petitioner's request for appointment of counsel. Federal Defenders of San Diego, Inc. is hereby appointed counsel for Petitioner.

The Court orders Respondents to show cause why Petitioner is not entitled to the relief requested in the Petition. Respondents' return to the Petition must be filed on or before May 30, 2011. Any reply by Petitioner must be filed on or before June 13, 2011. The matter will be set for hearing on June 17, 2011 at 11:00 a.m. Unless otherwise directed by the Court, no oral argument is requested and no appearances are necessary on the hearing date.

**IT IS SO ORDERED.**

DATED: April 21, 2011

*[signature]*

Honorable Barry Ted Moskowitz
United States District Judge

cc: Kristi A. Hughes, Federal Defenders of San Diego, Inc.