# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Gilberto G. Rossatty

**V.**

Janet Napolitano; Eric Holder, Jr.; Robin Baker; Johnny N Williams

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   11CV0374-BTM-WVG

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Petitioner's Habeas Petition is Denied.

| September 29, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON September 29, 2011 |

[Case Number]